# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-23-00822-CV

### In re State Farm Mutual Automobile Insurance Company

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator State Farm Mutual Automobile Insurance Company has filed an agreed motion to lift this Court's prior abatement and to dismiss this petition for writ of mandamus, stating that the parties have settled the underlying matter and that relator no longer wishes to pursue the issues asserted in the petition for writ of mandamus. We grant the motion, reinstate the case, and dismiss the petition for writ of mandamus. *See* Tex. R. App. P. 42.1(a); *In re McLane Co.*, No. 03-14-00481-CV, 2014 WL 5801879, at *1 (Tex. App.—Austin Nov. 7, 2014, orig. proceeding) (mem. op.).

 

 

Karin Crump, Justice

Before Justices Triana, Theofanis, and Crump

Dismissed on Relator's Motion

Filed: March 7, 2025